UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DUSTIN ARMBRUSTER, et al.,

Plaintiffs,

v.

PHH MORTGAGE SERVICES CORPORATION, et al.,

Defendants.
______________________________/

Case No. 2:26-cv-189

Hon. Hala Y. Jarbou

**ORDER**

Plaintiffs Dustin Armbruster and Jenna Wuorinen filed suit in Houghton County Circuit Court on April 16, 2026, against PHH Mortgage Services Corporation (corp now rescinded), Onity Mortgage Corporation, Mortgage Electronic Registration Systems, Inc. (MERS), Mortgage Research Center, LLC d/b/a Veteran's United Home Loans, and The Secretary of Veterans Affairs as an officer of the United States. (ECF No. 1-1.) The case was removed to this Court by Defendant The Secretary of Veteran's Affairs on August 13, 2026. *Id.* Plaintiff and Defendant The Secretary of Veteran's Affairs stipulated to extend its deadline to answer or otherwise respond to the complaint until October 13, 2026. (ECF No. 9.)

On August 18, 2026, the removing Defendant filed a supplement to the Notice of Removal. (ECF No. 11.) Review of the supplement reveals that attorney Luke A. Hennings filed an appearance and answer on behalf of Defendant Onity Mortgage Corporation on June 25, 2026. (ECF Nos. 11-10, 11-11.) No proof of service was filed for PHH Mortgage Services Corporation, MERS, or Mortgage Research Center, LLC.

Accordingly,

**IT IS ORDERED** that Plaintiffs shall file a status report regarding the status of service as to Defendants PHH Mortgage Services Corporation, MERS, and Mortgage Research Center, LLC by **September 1, 2026**.

Dated: August 25, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE