UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DUSTIN ARMBRUSTER, et al.,

Plaintiffs,

v.

PHH MORTGAGE SERVICES CORPORATION, et al.,

Defendants.
_______________________________/

Case No. 2:26-cv-189

Hon. Hala Y. Jarbou

**NOTICE OF IMPENDING DISMISSAL**

The court records indicate that more than 60 days have passed from the removal of the above complaint and Defendants PHH Mortgage Services Corporation; Mortgage Electronic Registration Systems, Inc.; and Mortgage Research Center, LLC have not been served. This notice serves to inform Plaintiffs that the action shall be dismissed without prejudice as to these Defendants, unless Plaintiffs complete service of process within 90 days after the filing of the complaint, in accordance with Fed. R. Civ. P. 4(m). Pursuant to Fed. R. Civ. P. 4(l), proofs of service are required to be filed unless service is waived. If proofs of service are not timely filed, the action shall be dismissed without prejudice as to the above-named Defendants.

Dated: October 15, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE